**Maple Manor Building Corporation, appellant, v. Geo. R. Hemingway Organization, Inc., appellee. Gen. No. 36,905.**

Heard in the third division of this court for the first district at the June term, 1933. ■ Opinion filed March 14, 1934.

O. W. Smith, Jr., for appellant; Jack L. Solomon, of counsel. C. A. Willard, Jr., for appellee.

Mr. Justice Wilson delivered the opinion of the court.

**The People of the State of Illinois, defendant in error, v. William Church, plaintiff in error. Gen. No. 36,933.**

Heard in the third division of this court for the first district at the October term, 1933. ■ Opinion filed March 14, 1934.

Georgia Jones Ellis and J. E. Clayton, for plaintiff in error; W. G. Anderson, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Grenville Beardsley and J. Albert Woll, Assistant State's Attorneys, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

**Mary E. Sullivan, administratrix of the estate of Mary Lundy, deceased, defendant in error, v. Sophia Lichtenstein, plaintiff in error. Gen. No. 36,957.**

Heard in the third division of this court for the first district at the October term, 1933. ■ Opinion filed March 14, 1934.

Eugene P. Kealy, for plaintiff in error; Fay Warren Johnson, of counsel. Justus Chancellor and Justus Chancellor, Jr., for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.